Decided March 2, 2000

WILLIAM F. BENNETT *v.* CONNECTICUT
HOSPICE, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 134 (AC 18765), is denied.

*William F. Bennett*, pro se, in support of the petition.

*Jody Benbow*, in opposition.

Decided March 2, 2000